**James Morris BARBER, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 27829.**

Court of Criminal Appeals of Texas.

Nov. 23, 1955.

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

This is a conviction for the felony offense of drunken driving; the punishment, a fine of $500 and confinement in jail for one year.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.